```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 13866
   ROSITA CHATONDA
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1450


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/27/2006 and was confirmed 02/05/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.12%.

      The case was dismissed after confirmation 09/17/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
AMERICA'S SERVICING COMP  CURRENT MORTG        .00              .00            .00
CONDOR CAPITAL CORP       SECURED VEHIC    31734.65          1427.66        3079.92
CONDOR CAPITAL CORP       UNSECURED        NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED            .00            .00
CAPITAL ONE               UNSECURED          737.88             .00            .00
CERTEGY                   UNSECURED        NOT FILED            .00            .00
NCO-MARLIN                NOTICE ONLY      NOT FILED            .00            .00
CMS                       UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED         3964.00             .00            .00
COMMONWEALTH EDISON       UNSECURED         2107.31             .00            .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY      NOT FILED            .00            .00
CONCORDIA UNIVERSITY      UNSECURED        NOT FILED            .00            .00
CREDIT RECOVERY           UNSECURED        NOT FILED            .00            .00
MED1 HR IMAGING PARTNERS  NOTICE ONLY      NOT FILED            .00            .00
FAMILY DENTAL CARE        UNSECURED        NOT FILED            .00            .00
FORT PITT FURNITURE       UNSECURED        NOT FILED            .00            .00
GEMB CARE                 NOTICE ONLY      NOT FILED            .00            .00
HARRAHS CASINO            UNSECURED        NOT FILED            .00            .00
JACKSON PARK HOSPITAL     UNSECURED        NOT FILED            .00            .00
LASALLE BANK              UNSECURED        NOT FILED            .00            .00
LVNV FUNDING              UNSECURED        NOT FILED            .00            .00
MCI TELECOMMUNICATIONS I  UNSECURED        NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          936.52             .00            .00
SEARS ROEBUCK             UNSECURED        NOT FILED            .00            .00
DEBT RECOVERY SOLUTION    UNSECURED          386.51             .00            .00
DEBT RECOVERY SOLUTION    NOTICE ONLY      NOT FILED            .00            .00
TCF NATIONAL BANK         UNSECURED        NOT FILED            .00            .00
AMERICAN COLLECTION       NOTICE ONLY      NOT FILED            .00            .00
THOMAS JONES              FILED LATE         6796.52            .00            .00
UNITED FINANCIAL SERVICE  UNSECURED          400.00             .00            .00
THE MOBILE SOLUTION       NOTICE ONLY      NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13866 ROSITA CHATONDA
```

```
UNIVERSITY OF CHICAGO HO  UNSECURED      NOT FILED           .00            .00
ILLINOIS COLLECTION SERV  NOTICE ONLY    NOT FILED           .00            .00
UNIVERSITY OF ILLINOIS H  UNSECURED      NOT FILED           .00            .00
UNIVERSITY OF ILLINOIS H  UNSECURED      NOT FILED           .00            .00
UNIVERSITY OF IL HOSPITA  UNSECURED      NOT FILED           .00            .00
US DEPT OF EDUCATION      UNSECURED       11867.37           .00            .00
WOW INTERNET AND CABLE S  UNSECURED      NOT FILED           .00            .00
CREDIT MANAGEMENT INC     NOTICE ONLY    NOT FILED           .00            .00
AMERICAS SERVICING CO     NOTICE ONLY    NOT FILED           .00            .00
AMERICA'S SERVICING COMP  MORTGAGE ARRE   11459.36           .00        1385.19
CITY OF CHICAGO PARKING   UNSECURED            .00           .00            .00
ILLINOIS DEPARTMENT OF R  UNSECURED          45.10           .00            .00
ILLINOIS DEPARTMENT OF R  PRIORITY          154.42           .00            .00
CITY OF CHICAGO WATER DE  SECURED           200.00           .00            .00
DANIEL BRUSHADER          SECURED          8650.00           .00            .00
AT & T BANKRUPCTY         NOTICE ONLY    NOT FILED           .00            .00
NCO FIN/99                NOTICE ONLY    NOT FILED           .00            .00
GLEASON & MACMASTER       DEBTOR ATTY     2,500.00                       934.31
TOM VAUGHN                TRUSTEE                                        444.84
DEBTOR REFUND             REFUND                                       5,024.56

        Summary of Receipts and Disbursements:
    ------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
    ------------------------------------------------------------------------
TRUSTEE                  12,296.48

PRIORITY                                              .00
SECURED                                          4,465.11
    INTEREST                                     1,427.66
UNSECURED                                             .00
ADMINISTRATIVE                                     934.31
TRUSTEE COMPENSATION                               444.84
DEBTOR REFUND                                    5,024.56
                         ---------------      ---------------
TOTALS                   12,296.48              12,296.48
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 03/26/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 06 B 13866 ROSITA CHATONDA